[No. 6060-8-III. Division Three. April 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH
HENRY UNDERWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. C-2077, Ted Kolbaba, J., entered August 15, 1983. *Affirmed* by unpublished opinion per Munson, J.,

concurred in by Green, C.J., and McInturff, J.